Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*A. C. Farnham,* for appellant.   *A. B. Chalmers,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

### HILL, Respondent, *v.* KUMMINGS, Appellant.

*(Common Pleas of New York City and County, General Term.   March 11, 1892.)*

Appeal from eighth district court.
Action by Robert Hill against Moritz Kummings.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*M. Esberg,* for appellant.   *U. W. Thompkins,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

### ALEXANDER, Appellant, *v.* GRISWOLD, Respondent.

*(Common Pleas of New York City and County, General Term.   March 17, 1892.)*

Motion by plaintiff (appellant) for leave to appeal to the court of appeals.
For decision on appeal, see 17 N. Y. Supp. 522.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*F. C. Lenbuscher,* for appellant.   *Hobbs & Gifford,* for respondent.

PER CURIAM.   The principles governing the decision of this appeal, stated in the well-considered opinion of the general term, are abundantly sustained by authority, which appears from the cases cited, and appellant's counsel fails to show that they were not correctly applied to the facts of the case at bar.   This motion should be denied, with costs.

---

### BALDWIN, Respondent, *v.* THIBADEAU, Appellant.

*(Common Pleas of New York City and County, General Term.   March 17, 1892.)*

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*W. Parker,* for appellant.   *S. F. Higgins,* for respondent.
No opinion.   Motion for reargument denied, but appellant may have leave to appeal to the court of appeals, if she desires so to do.   See 14 N. Y. Supp. 788; 17 N. Y. Supp. 532.

---

### HICKOK, Appellant, *v.* THURBER, Respondent.

*(Common Pleas of New York City and County, General Term.   March 17, 1892.)*

Appeal from city court, general term.
Action by Cornelius C. Hickok against Horace K. Thurber.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*E. P. Schell,* for appellant.   *H. Aplington,* for respondent.
No opinion.   Order appealed from affirmed, with costs, and judgment absolute for the defendant.

---

### IRRERA, Respondent, *v.* HART, Appellant.

*(Common Pleas of New York City and County, General Term.   March 17, 1892.)*

Action by Paul Irrera against Hanna Hart.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Goldfogle & Cohen,* for appellant.   *Wm. H. Knox,* for respondent.
No opinion.   Motion to dismiss appeal denied, and appeal set over for May term.